No. 50.   RASMUSSEN *v.* BROWNELL, ATTORNEY GENERAL.   On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia

Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is reversed and the case is remanded to the Court of Appeals for consideration on the merits. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Jack Wasserman* for petitioner. *Solicitor General Soberoff* for respondent.